IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>ASHOK PANIGRAHY | 2:24-cr-00193-CCW-1 |

### CHANGE OF PLEA

AND NOW, this 24th day of March 2025, Defendant ASHOK PANIGRAHY withdraws his plea of NOT GUILTY and pleads GUILTY to Count 2 of the Indictment.

_____
(Defendant's Signature)

_____
(Signature of Counsel for Defendant)